## STATE v. RICHARDS

No. 31.

Case below: 21 N.C. App. 686.

Petition for writ of certiorari to North Carolina Court of Appeals denied 13 August 1974. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 13 August 1974.

## STATE v. RUSSELL and TATUM

No. 138 PC.

Case below: 22 N.C. App. 156.

Petition of Tatum for writ of certiorari to North Carolina Court of Appeals denied 3 September 1974. Appeal of **Tatum** dismissed ex mero motu for lack of substantial constitutional question 3 September 1974.

## STATE v. SASSER

No. 141 PC.

Case below: 21 N.C. App. 618.

Petition for writ of certiorari to North Carolina Court of Appeals denied 3 September 1974.

## STATE v. SHELTON

No. 140 PC.

Case below: 21 N.C. App. 662.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 August 1974.

## STATE v. TEAT

No. 38 PC.

Case below: 22 N.C. App. 484.

Petition for writ of certiorari to North Carolina Court of Appeals denied 3 September 1974.